United States District Court
Southern District of Ohio
Western Division

James W.D. Williams,     Case No. 1:18-cv-518
     Plaintiff,

     -Vs-

Walmarts, President,
(Walmarts Inc) Et. Al.,
     Defendants,

2018 SEP 26 PM 1:34 MC

Plaintiff's Response/Reply to
United States Magistrate Judge
Stephanie K. Bowmans R&R
Filed On September 21, 2018

Now comes the Plaintiff, James W.D.
Williams, IV, pro se, and he has no
objections whatsoever to the R&R
issued on September 21, 2018 as he
finds such to be appropriate.

Plaintiff would note he does plan
to file for "Leave of Trial Court" to
file an "Amended Complaint" which
will specifically list or name
"Defendant Walmarts Inc" as
Walmarts Inc, is presently listed or
named as a John Doe.

Plaintiff would further note that
in his complaint he alleges he thought
he had paid for the boots or shoes
as he trusted the Defendant Walmart
cashier had properly scanned such

(1 of 3)

and charged him for such but he then later found out on his way out the door that said Defendant Walmart Cashier failed to scan & charge him for said boots or shoes which was his "Negligence" on his part, not the Plaintiffs. Therefore, the Plaintiff is not alleging he double paid for said boots or shoes. Instead, he alleges after he was cleared from any/all wrongdoing or negligence on his part and apologized to by Walmart staff for their own mistake that he then advised them he still wished to pay for said boots or shoes and gave them the additional money at that point.

Wherefore, Plaintiff prays that the United States Magistrate Judge Stephanie K. Bowmans September 21, 2018 R&R is adopted, accepted and ordered herein for good cause shown.

Respectfully Submitted,

James Williams, IV
Clermont Co Jail
4700 E. Filager Road
Batavia, Ohio 45103

(Certificate of service)

No copies are permitted here
at Clermont Co. Jail. Therefore,
"service Copies" are impossible at
this time.

Respectfully Submitted,

James Williams, IV
Clermont Co. Jail
4700 E. Filager Road
Batavia, Ohio 45103

James W.O. Williams, #V
(#2083062)

Inmate Correspondence
Clermont County Jail
4700 E. Filager Rd.
Batavia, OHIO 45103

("Legal Mail")

© USPS 2016

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

United States District Court
Southern District of Ohio
(Western Division)
100 E. Fifth Street Room #103
Cincinnati, Ohio 45202

45202-397699

CINCINNATI OH 452
25 SEP 2016 PM 6 L

FOREVER
USA

Barn Swallow