THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION CINCINNATI

JAMES W.D. WILLIAMSIV,

    Plaintiff,

vs.

WALMART'S, PRESIDENT,  ET AL.,

    Defendants.

Case No.1:18-CV-00518-MRB

Judge Michael R Barrett

## ORDER

Having adopted the Magistrate Judge's report and recommendation (Doc. 18), the Court **DENIES AS MOOT** Plaintiff's discovery motions (Docs. 19, 20).

**IT IS SO ORDERED.**

    s/*Michael R. Barrett*
    United States District Judge