

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH STREET, ROOM 103
CINCINNATI, OHIO 45202

OFFICIAL BUSINESS

RECEIVED
AUG 18 2021
RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

NIXIE    450  FE 1        0008/15/21
    RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
       UNABLE TO FORWARD
BC: 452023977699    *1815-03486-04-37

RTS Released

LONDON CORRECTIONAL INSTITUTION
P.O. Box 69
1580 State Route 56
London, OH 43140